IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MIMZI, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HONDA MOTOR CO., LTD.,<br><br>　　Defendant. | Civil Action No. 2:25-cv-600-JRG-RSP<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant having not yet filed or served upon Plaintiff either an answer or a motion for summary judgment, Plaintiff hereby dismisses this action without prejudice.

Dated: February 9, 2026

Respectfully submitted,

/s/ *Cortney Alexander*
Daniel A. Kent
dankent@kentrisley.com
404.585.4214
Cortney Alexander
404.855.3867
cortneyalexander@kentrisley.com
Kent & Risley LLC
5755 North Point Pkwy STE 57
Alpharetta, GA 30022

Counsel for Plaintiff

1